UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Pierce Division

CASE NO.: 15-14207-MAYNARD

CURTIS GREEN, JR.,

      Plaintiff,

vs.

DETECTIVE PETER CROFT, et al.

      Defendants.

_____/

## JURY VERDICT FORM

**Do you find from a preponderance of the evidence:**

1(a). That Detective Croft intentionally committed acts that violated Mr. Green's right to not be subjected to excessive or unreasonable force while being arrested by a law enforcement officer?

    Answer: Yes or (No)  No

1(b). That Deputy Manganiello intentionally committed acts that violated Mr. Green's right to not be subjected to excessive or unreasonable force while being arrested by a law enforcement officer?

    Answer: Yes or (No)  No

If your answer is "No," to BOTH 1(a) and 1(b), your verdict is for the Defendants and this ends your deliberations. Your foreperson should sign and date the last page of this verdict form and return it to the courtroom.

If your answer is "Yes," to BOTH 1(a) and 1(b), please answer questions 2(a) and 2(b).

If your answer is "Yes" to 1(a) ONLY, please answer question 2(a).

If your answer is "Yes" to 1(b) ONLY, please answer question 2(b).

**Do you find from a preponderance of the evidence:**

2(a).  That Detective Croft's conduct caused Mr. Green's injuries?

>  Answer: Yes or No _____

2(b).  That Deputy Manganiello's conduct caused Mr. Green's injuries?

>  Answer: Yes or No _____

If your answer is "No," to BOTH 2(a) and 2(b), this ends your deliberations, and your verdict is for the Defendants. Your foreperson should sign and date the verdict form and return it to the courtroom.

If your answer is "Yes," to EITHER 2(a) or 2(b) or to BOTH 2(a) and 2(b), your verdict is for the Plaintiff and you should answer question 3.

**Do you find from a preponderance of the evidence:**

3.  That Mr. Green should be awarded compensatory damages to compensate Mr. Green for his physical and emotional injuries?

>  Answer: Yes or No _____
>
>  If your answer is Yes, in what amount?   $_____

If your answer to question 3 is "No," please answer question 4.

If your answer to question 3 is "Yes," please skip question 4 and sign and date the verdict form.

4. That Mr. Green should be awarded nominal damages?

        Answer: Yes or No _____

        If your answer is Yes, in what amount?   $_____

SO SAY WE ALL.

_____
FOREPERSON'S SIGNATURE

DATE: \_\_12/18/18\_\_